### UNITED STATES of America, Plaintiff–Appellee,

v.

### Matthew Evans DOWD, Defendant–Appellant.

No. 07–30263.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.*

Filed May 6, 2008.

Joshua A. Van De Wetering, Esq., Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Cynthia K. Smith, Esq., Smith Law Offices, P.C., Missoula, MT, for Defendant–Appellant.

R.App. P. 34(a)(2).

Before: GRABER, FISHER and BERZON, Circuit Judges.

## MEMORANDUM [**]

Matthew Evans Dowd appeals from the district court's determination, following remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), that it would not have imposed a materially different sentence under an advisory Guidelines system.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Dowd's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED.**

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

